## (October 9, 1975)

■ SUVRETTA TRADING Co., INC., Appellant, v LESLIE KLEYMAN CORP., Respondent.—Judgment, Supreme Court, New York County, entered on

December 18, 1974, unanimously affirmed on opinion of Fine, J., at Special Term. Respondent shall recover of appellant $40 costs and disbursements of this appeal. No opinion. Concur—Kupferman, J. P., Murphy, Tilzer, Capozzoli and Lane, JJ.